JAMES B. MURRIN, Appellant, v. ARCHBALD CONSOLI-
DATED COAL COMPANY et al., Respondents.

*Corporations — stocks and stockholders — fraud — action by pledgee of
majority of corporate stock to prevent transfer of assets to another
corporation.*

*Murrin* v. *Archbald Consolidated Coal Co.*, 215 App. Div. 710,
affirmed.

(Argued January 14, 1927; decided February 23, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 5, 1926, unanimously affirming a judgment entered upon the report of a referee in an action brought by the pledgee of a majority of the stock of a corporation to compel retransfer of its assets alleged to have been transferred to a newly-organized corporation in fraud of the plaintiff's rights. By a supplemental complaint, plaintiff demanded damages. The findings of the referee sustained the plaintiff's demand for restoration of the corporate property but dismissed his demand for money damages.

*William C. Cannon, Theodore Kiendl* and *Russel S. Coutant* for appellant.

*David Paine* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN and KELLOGG, JJ. Absent: CRANE, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. MORRIS ZEIFF, Appellant.

*Crimes — receiving stolen property — judgment of conviction affirmed.*

*People* v. *Zeiff*, 217 App. Div. 732, affirmed.

(Argued January 17, 1927; decided February 23, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 21, 1926, which affirmed a judgment of the